AO 106 (Rev. 04/10) Application for a Search Warrant

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

AUG 11 2023

By Ronald E. Dowling
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

In the Matter of the Search of:
**Cyber Tip Line Report Number 160380000, currently held by HSI in Fayetteville, Arkansas**

Case No. 5:23CM-30-CDC

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*: **Cyber Tip Line Report Number 160380000, currently held by HSI in Fayetteville, Arkansas, more particularly described on Attachment A.**

located in the \_\_\_\_Western\_\_\_\_ District of \_\_\_\_Arkansas\_\_\_\_, there is now concealed *(identify the person or describe the property to be seized)*: **See Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

The application is based on these facts:

☑ Continued on the attached sheet. **Affidavit of HSI Special Agent Gerald Faulkner.**

☐ Delayed notice of \_\_\_\_ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Gerald Faulkner, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 11, 2023 @ 2:45

*Judge's signature*

City and state: Fayetteville, Arkansas

Christy D. Comstock, United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A

## DESCRIPTION OF LOCATION TO BE SEARCHED

Content of files uploaded in connection with Cyber tipline Report **160380000** (hereinafter and in Attachment B the "Files"), currently held by HSI in Fayetteville, Arkansas.

1

# ATTACHMENT B

## DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

For the Files listed and described in Attachment A, the following items, that constitute evidence of the commission of, contraband, the fruits of crime, or instrumentalities of violations of Title 18, United States Code, Section 2252A(5)(B):

1. Images or visual depictions of child pornography.

2. Any and all information, notes, documents, records, or correspondence, in any format or medium, pertaining to child pornography or sexual activity with or sexual interest in minors.

3. Any and all information, documents, records, photos, videos, or correspondence, in any format or medium, pertaining to use or ownership of the File(s), or that aid in the identification of persons involved in violations of Title 18, United States Code, Section 2252A(5)(B).

## DEFINITIONS:

4. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer data or electronic storage; any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as digital image files; microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

5. "Child Pornography" is defined in 18 U.S.C. § 2256(8), which includes as any visual depiction of sexually explicit conduct involving the use of a minor; a digital image, computer image, or computer-generated image that is, or is indistinguishable from that of a minor engaged in sexually explicit conduct; or a visual depiction that has been created, adapted, or modified to appear than an identifiable minor is engaging in sexually explicit conduct.

6. "Visual depiction" includes prints, copies of visual images, developed and undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image. See 18 U.S.C. § 2256(5).

# AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Gerald Faulkner, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for the files submitted in connection with a Cyber Tip Line report (more fully described in Attachment A), and the data located therein, there being probable cause to believe that located in the place described in Attachment A are items described in Attachment B, being evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 2252A(a)(5)(B), Possession of Child Pornography.

2. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), currently assigned to the Assistant Special Agent in Charge Office in Fayetteville, Arkansas. I have been so employed with HSI since April 2009. As part of my daily duties as an HSI agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, online enticement, transportation, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2251A, 2422(b), 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in Title 18 United States Code, Section 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants and arrest warrants, a number of which involved child exploitation and/or child pornography offenses. This Affidavit is being submitted based on

information from my own investigative efforts as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein.

3. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this Affidavit, there is probable cause to believe alleged violations of Title 18, United States Code, Section 2252A(a)(5)(B), Possession of Child Pornography, relating to material involving the sexual exploitation of minors, which has been defined in Title 18, United States Code, Section 2256, as an individual under 18 years of age are contained within Cyber Tip Line Report number **160380000**. There is also probable cause to search the information described in Attachment A for evidence of these crimes, as described in Attachment B.

## Statutory Authority

5. Under Title 18, United States Code, Section 2252A(a)(5)(B), it is a federal crime for any person to possess child pornography, as that term is defined by federal law.

6. "Child pornography" is defined under Title 18, United States Code, Section 2256(8)(A) as any visual depiction, including any photograph, film, video, picture, or computer- or computer-generated image or picture, whether made or produced by electronic, mechanical or other means, of sexually explicit conduct, where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct.

7. "Sexually explicit conduct" is defined under Title 18, United States Code, Section 2256(2)(A) as actual or simulated (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (ii) bestiality; (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the anus, genitals, or pubic area of any person.

## Probable Cause

8. The National Center for Missing and Exploited Children ("NCMEC") is an organization that, among other things, tracks missing and exploited children, and serves as a repository for information about child pornography. Companies that suspect child pornography has been stored or transmitted on their systems can report that information to NCMEC in a Cyber Tip Line report. To make such a report, a company providing services on the internet ("ISP") can go to an online portal that NCMEC has set up for the submission of these tips. The ISP then can provide to NCMEC information about the child exploitation activity it believes has occurred, including the incident type, the incident time, any screen or usernames associated with the activity, any IP address or port numbers it captured, as well as other information it may have collected in connection with the suspected criminal activity. Other than the incident type and incident time, the remainder of the information the ISP provides is voluntary and undertaken at the initiative of the reporting ISP. The ISP may also upload to NCMEC any files it collected in connection with the activity. The ISP may or may not independently view the content of the files it uploads. NCMEC does not review the content of these uploaded files. Using publicly available search tools, NCMEC then attempts to locate where the activity occurred based on the information the ISP provides such as IP addresses. NCMEC then packages the information from the ISP along with

3

any additional information it has, such as previous related Cyber Tips, and sends it to law enforcement in the jurisdiction where the activity is thought to have occurred.

9. Your Affiant knows from his training and experience that the ISP flags and reports images or files that have the same "hash values" (MD5) as images that have been reviewed and identified by NCMEC or by law enforcement as child pornography. A hash value is akin to a fingerprint for a file. The contents of a file are processed through a cryptographic algorithm, and a unique numerical value – the hash value - is produced that identifies the unique contents of the file. If the contents are modified in any way, the value of the hash will also change significantly. Your Affiant knows from his training and experience that the chances of two files with different content having the same hash value are infinitesimal.

10. Here, your Affiant knows from his training and experience that the ISP compares the hash values of files that its customers transmit on its systems against a library of hash values containing previously reviewed and identified child pornography files. If the ISP finds that a hash value of a file on its systems matches one in the library, it captures the file along with information about the user who posted, possessed, or transmitted it on the ISP's systems.

11. Your Affiant also knows that the ISP uses PhotoDNA. PhotoDNA is a software technology developed by Microsoft that computes hash values of images, video and audio files to identify alike images. PhotoDNA is primarily used in the prevention of child pornography proliferation.

12. On or about May 25, 2023, your Affiant was assigned and received Cyber Tipline Report number **160380000** from NCMEC pertaining to flagged online content that was believed to involve the possession, manufacture, and/or distribution of child pornography. The flagged incident was submitted by Facebook, Inc. with an incident date/time in April 2023.

4

13. The following information was provided by Facebook, Inc. in regard to flagged user/account:

**Incident Type:** Child Pornography (possession, manufacture, and distribution)
**Incident Time:** 04/12/2023 @ 03:52:53 UTC
**Number of Uploaded Files:** 30
**Name:**
**Mobile Phone:** (Verified)
**Date of Birth:**
**Email address:** (Verified)
**ESP User ID:** 1661072268
**IP Address:** 167.224.168.29 (Login)
**Reported File Tags:** Viral

14. Due to the "Viral" nature of the uploaded files, Facebook, Inc. included the following "Additional Information" with the Cyber Tipline Report:

We have annotated this file as viral because it has been uploaded many times in a short period of time. The exact time period and number of uploads qualifying content as viral is subject to change.

- **File's unique ESP Identifier:** 10227772405849884
- **Uploaded:** April 12, 2023 at 03:52:45 UTC

This same file was uploaded several times. Other uploaded file information is as follows:

- **FileName:** 340287377_944976740032128_5859311369382805475_n.jpg
- **IpAddress:** 5.62.56.253
- **EventName:** Upload
- **DateTime:** 2023-04-11T20:52:51-07:00

- **Sent in product:** Facebook
- **File's unique ESP Identifier:** 10227772411810033
- **Uploaded:** April 12, 2023 at 03:52:51 UTC

15. Your Affiant then reviewed the "Uploaded File Information" which revealed all 30 flagged files contained Image/Video Categorizations by the ESP as either A2, B1, or B2. According to the Cyber Tipline Report, the categorization system was determined based on a hash match comparison of one or more uploaded files to visually similar files that were

5

previously viewed and categorized by NCMEC at the time the Report was generated. The following descriptions are assigned to Content Rankings A2, B1, and B2:

A = *Prepubescent Minor*
2 = *Lascivious Exhibition*

**A2** = *Any imagery depicting the lascivious exhibition of the anus, genitals, or pubic area of any person, where a minor is engaging in the lascivious exhibition or being used in connection with sexually explicit conduct, which may include but is not limited to imagery where the focal point is on the child's anus, genitals, or pubic area and where the depiction is intended or designed to elicit a sexual response in the viewer.*

B = *Pubescent Minor*
1 = *Sex Act*

**B1** = *Any imagery depicting sexual intercourse (including genital-genital, oral-genital, anal-genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction of the above that lacks serious literary, artistic, political, or scientific value.*

B = Pubescent Minor
2 = Lascivious Exhibition

**B2** = *Any imagery depicting the lascivious exhibition of the anus, genitals, or pubic area of any person, where a minor is engaging in the lascivious exhibition or being used in connection with sexually explicit conduct, which may include but is not limited to imagery where the focal point is on the child's anus, genitals, or pubic area and where the depiction is intended or designed to elicit a sexual response in the viewer.*

16. The Cyber Tipline Report designated multiple flagged IP addresses associated to the uploaded files, with believed geo locations in Springdale, Arkansas and Anchorage, Alaska.

17. Therefore, there is probable cause to believe that the files the ESP uploaded in connection with the Cyber Tipline report number **160380000**, currently contained at the HSI Fayetteville, Arkansas Field Office, contains images/videos of child pornography.

18. Based on the foregoing information, probable cause exists to believe there is located inside the files that the ESP uploaded in connection with the above Cyber Tipline reports,

evidence of violations of Title 18, United States Code, Section 2252A(a)(5)(B), Possession of Child Pornography. Your Affiant prays upon his honorable court to issue a search warrant for the items set forth in attachment "B" (which is attached hereto and incorporated herein by reference), that constitute evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 2252A(a)(5)(B), Possession of Child Pornography.

_____
Gerald Faulkner, Special Agent
Homeland Security Investigations

Affidavit subscribed and sworn to before me this 11th day of August, 2023.

_____
Honorable Christy Comstock
United States Magistrate Judge

7